IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02371-PSF-MEH

FAYE A. CARTER,

       Plaintiff,

  v.

CIGNA HEALTH CORPORATION
CIGNA HEALTHCARE
CONNECTICUT GENERAL LIFE INSURANCE COMPANY and
ORACLE CORPORATION

       Defendants.
_____

### ORDER VACATING SCHEDULING CONFERENCE
_____

This matter having come before the Court on the plaintiff's Notice of Settlement and Unopposed Motion to Vacate Scheduling Conference (Dkt. # 11), and the Court being advised in the premises, it is hereby

ORDERED that plaintiff's Motion is GRANTED and the scheduling conference scheduled for March 27, 2006 is VACATED. It is

FURTHER ORDERED that the parties shall file settlement papers by **April 10, 2006.**

DATED: March 27, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge